IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EMD CROP BIOSCIENCE INC.,
EMD CROP BIOSCIENCE CANADA INC.
and McGILL UNIVERSITY,

JUDGMENT IN A CIVIL CASE

Plaintiffs,

Case No. 10-cv-283-bbc

v.

BECKER UNDERWOOD, INC.,

Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Becker Underwood, Inc. granting its motion for summary judgment and dismissing the claims of plaintiffs EMD Crop Bioscience Canada Inc. and McGill University that defendant infringes claims 1, 5-17, 22 and 26-35 of United States Patent No. 6,979,664 and the claims of plaintiffs EMD Crop Bioscience Canada Inc. and EMD Crop Bioscience Inc. that defendant falsely marked its products in violation of 35 U.S.C. § 292.

IT IS FURTHER ORDER AND ADJUDGED that defendant's counterclaims asserting invalidity are dismissed without prejudice.

_____      11/9/2011
Peter Oppeneer, Clerk of Court          Date